UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MINOR CHILD P.S.R.M., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0833-B-BT |
| | § | |
| DALLAS INDEPENDENT SCHOOL DISTRICT et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford June 14, 2022. (ECF No. 31). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. *See* Doc. 32, Objs. The objections are **OVERRULED**. The record plainly demonstrates that P.S.R.M. failed to comply with Judge Rutherford's Order directing P.S.R.M. to obtain legal representation or risk dismissal of this case. *See* Doc. 16, Notice of Deficiency.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b).

SO ORDERED.

SIGNED: August 10, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -